**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-1040**

―――――――――

COLLEEN D. KNIGHT,

                                        Plaintiff - Appellant,

        versus

KENNETH  S.  APFEL,  COMMISSIONER  OF  SOCIAL
SECURITY,

                                        Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief
District Judge.  (CA-99-83-1)

―――――――――

Submitted:  June 21, 2001              Decided:  June 27, 2001

―――――――――

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Colleen D. Knight, Appellant Pro Se.  Kelly Claire Connelly, SOCIAL
SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Colleen D. Knight appeals the district court's order affirming the Commissioner of Social Security's denial of Knight's claim for disability benefits. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Knight v. Apfel</u>, No. CA-99-83-1 (N.D.W. Va. Sept. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>